In the Matter of ADULT HOME AT ERIE STATION, INC., Respondent, v ASSESSOR AND BOARD OF ASSESSMENT REVIEW OF CITY OF MIDDLETOWN et al., Appellants.

Submitted January 7, 2008; decided January 10, 2008

Reported below, 36 AD3d 699.

Motion by Healthcare Association of New York State, Inc. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of the Estate of HYMAN ALPERT, Deceased. JACK ALPERT, as Executor of WILLIAM ALPERT, Deceased Executor and Trustee of HYMAN ALPERT, Deceased, et al., Respondents; GAIL ALPERT KRAMER et al., Appellants.

Submitted December 3, 2007; decided January 10, 2008

Reported below, 37 AD3d 187.

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 9 NY3d 812 (2007)].